David A. Mallen (SBN 159593)
**EMPLOYEE LAW GROUP**
21250 Hawthorne Blvd., Suite 700
Torrance, CA 90503-5514
Telephone: 310.895.0107

**Debra A. Lauzon (SBN 134167)**
Of Counsel, EMPLOYEE LAW GROUP
2298 E. Maple Avenue
El Segundo, CA 90245
Telephone: 310.626.1104

Attorneys for Plaintiffs
MYNOR ESPOSITO, BRYAN CLIFF
CHRISTOPHER OLFSON, RAFAEL OLIVAS, JR.
BRANDON PALMER, AND JOHN SITZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYNOR ESPOSITO, an individual; BRYAN CLIFF, an individual; CHRISTOPHER OLFSON, an individual; RAFAEL OLIVAS, JR, an individual; BRANDON PALMER, an individual; JOHN SITZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CONSTANT AVIATION, LLC, a Delaware corporation; MACY'S INC., an Ohio corporation; and DOES 1 through 20, individuals, <br><br> Defendants. | Case No. 2:20-cv-7364 <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiffs Mynor Esposito, Bryan Cliff, Christopher Olfson, Rafael Olivas, Jr. Brandon Palmer, And John Sitz (collectively "Releasing Parties") and Defendant Constant Aviation, LLC by and through their counsel, that the entire action filed by Plaintiffs against Defendant,

Case No. 2:20-cv-7364, be and hereby is dismissed with prejudice as to all parties pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

IT IS FURTHER STIPULATED that the PAGA cause of action be dismissed without prejudice.

Each party shall bear its own attorneys' fees and costs associated with this action

DATED: May 3, 2021         EMPLOYEE LAW GROUP

                           B: _____
                           Debra Lauzon, Of Counsel
                           Attorneys for Plaintiffs


DATED: May 3, 2021         OGLETREE, DEAKINS, NASH, SMOAK &
                           STEWART. P.C.


                           By: /s/ Linda Claxton
                               _____
                               Linda Claxton
                               Attorneys for Defendant
                               CONSTANT AVIATION, LLC