JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYNOR ESPOSITO, an individual; BRYAN CLIFF, an individual; CHRISTOPHER OLFSON, an individual; RAFAEL OLIVAS, JR., an individual; BRANDON PALMER, an individual; JOHN SITZ, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>CONSTANT AVIATION, LLC, a Delaware corporation; MACY'S INC., an Ohio corporation; and DOES 1-20, individuals, <br><br>Defendants. | Case No. 2:20-cv-07364 MWF (JCx) <br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br>Complaint Filed: June 15, 2020 <br>Trial Date: None <br>District Judge: Hon. Michael W. Fitzgerald <br>Courtroom 5A, First St. <br>Magistrate Judge: Hon. Jacqueline Chooljian <br>Courtroom 750, Roybal |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

IT IS SO ORDERED.

Dated: June 25, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

47627194.1